UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW VALADEZ,

      Plaintiff,                                 Civil Action No. 24-cv-12210

v.                                                   HON. MARK A. GOLDSMITH

MCLAREN NORTHERN MICHIGAN et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

On April 25, 2025, the parties filed stipulation of dismissal with the Court (Dkt. 41). Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because all parties who have appeared signed the stipulation and the notice of dismissal states that the dismissal is with prejudice, the Court orders the instant action dismissed with prejudice.

      SO ORDERED.

Dated: April 30, 2025                                  s/Mark A. Goldsmith
      Detroit, Michigan                           MARK A. GOLDSMITH
                                                       United States District Judge